**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6536**

───────────

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

        versus

LARRY THOMAS REMINGTON,

                               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (CR-00-25-BR, CA-01-801-5-BR)

───────────

Submitted:  June 13, 2002          Decided:  June 19, 2002

───────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Larry Thomas Remington, Appellant Pro Se.  Felice McConnell Corpening, OFFICE OF THE UNITED STATES OF ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Thomas Remington seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Remington</u>, Nos. CR-00-25-BR; CA-01-801-5-BR (E.D.N.C. Jan. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>